

AUSA David Green (312) 469-6024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21 CR 682 |
| v. | GABRIEL A. FUENTES |
| ERWIN KUYORO | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, TYRUS LESTER, appearing by telephone before United States Magistrate Judge GABRIEL A. FUENTES and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ERWIN KUYORO has been charged by Indictment in the Southern District of Texas with the following criminal offenses: fraud in connection with a major disaster, in violation of Title 18, United States Code, Section 1040(a)(1), and wire fraud, in violation of Title 18, United States Code, Section 1343.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*Tyrus Lester*
TYRUS LESTER
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to me by telephone this 4th day of November, 2021.

GABRIEL A. FUENTES
United States Magistrate Judge